```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

WILLIAM RESTUCCI,                )
        Petitioner,              )
                                 )  Civil Action No. 04-12197-WGY
        v.                       )
                                 )
SUFFOLK DISTRICT ATTORNEY,       )
        Respondent.              )
```

ORDER OF DISMISSAL

YOUNG, Chief District Judge.

   In accordance with the Order dated November 15, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.


November 23, 2004                    By the Court,

                                     /s/ Rebecca Greenberg
                                     Deputy Clerk